# EXHIBIT "H"

Sunset Rehab LLC

| MEMBER_ID | CLAIM_ID | START_DOS | END_DOS | RECEIVED DATE | PROCEDURE CODE | PLACE OF SERVICE | BILLED AMOUNT | PAID AMOUNT |
|---|---|---|---|---|---|---|---|---|
| [redacted] | PX364SDZW00 | 2/11/2023 | 2/11/2023 | 6/13/2023 | 90853 | O | $ 2,495.00 | $ 34.44 |
| [redacted] | E8FC32MJK01 | 1/14/2023 | 1/14/2023 | 4/24/2023 | 90853 | I | $ 2,495.00 | $ 49.20 |
| [redacted] | PVAC4SD3Z00 | 1/31/2023 | 1/31/2023 | 6/13/2023 | S9480 | O | $ 3,995.00 | $ 77.60 |
| [redacted] | PDY159K7N00 | 1/5/2023 | 1/5/2023 | 6/13/2023 | H0015 | O | $ 3,995.00 | $ 150.45 |
| [redacted] | PWFC1GS1700 | 1/19/2023 | 1/19/2023 | 6/13/2023 | H0015 | O | $ 3,995.00 | $ 150.45 |
| [redacted] | PBY1206HM00 | 1/27/2023 | 1/27/2023 | 6/13/2023 | H0015 | O | $ 3,995.00 | $ 150.45 |
| [redacted] | EVTX33M0V00 | 1/21/2023 | 1/21/2023 | 6/16/2023 | 90853 | O | $ 2,495.00 | $ 415.27 |
| [redacted] | PHFC7JL7V00 | 1/28/2023 | 1/28/2023 | 4/28/2023 | 90853 | O | $ 2,495.00 | $ 415.27 |
| [redacted] | PV360MG2C01 | 9/27/2022 | 9/27/2022 | 5/2/2023 | 90853 | O | $ 2,495.00 | $ 590.64 |
| [redacted] | PYY10JMFH01 | 9/28/2022 | 9/28/2022 | 5/2/2023 | 90853 | O | $ 2,495.00 | $ 590.64 |
| [redacted] | EGJM5LLLP00 | 1/7/2023 | 1/7/2023 | 6/14/2023 | 90853 | O | $ 2,495.00 | $ 593.24 |
| [redacted] | PQ367FW1Z00 | 1/7/2023 | 1/7/2023 | 2/27/2023 | 90853 | E | $ 2,495.00 | $ 593.24 |
| [redacted] | PTTXZKZ6300 | 1/14/2023 | 1/14/2023 | 6/29/2023 | 90853 | E | $ 2,495.00 | $ 593.24 |
| [redacted] | ESPC306J000 | 1/21/2023 | 1/21/2023 | 4/24/2023 | 90853 | O | $ 2,495.00 | $ 593.24 |
| [redacted] | E73631XRS00 | 1/21/2023 | 1/21/2023 | 4/27/2023 | 90853 | O | $ 2,495.00 | $ 593.24 |
| [redacted] | E5AC3ZLC100 | 1/28/2023 | 1/28/2023 | 6/14/2023 | 90853 | O | $ 2,495.00 | $ 593.24 |
| [redacted] | E4FC3ZJD700 | 2/4/2023 | 2/4/2023 | 4/24/2023 | 90853 | O | $ 2,495.00 | $ 593.24 |
| [redacted] | PGAC5XZ6000 | 2/18/2023 | 2/18/2023 | 6/16/2023 | 90853 | O | $ 2,495.00 | $ 593.24 |
| [redacted] | EXJM3G7X900 | 12/15/2022 | 12/15/2022 | 3/27/2023 | S9480 | O | $ 3,995.00 | $ 619.76 |
| [redacted] | EXTX3G7RF00 | 12/14/2022 | 12/14/2022 | 3/27/2023 | S9480 | O | $ 3,995.00 | $ 662.02 |
| [redacted] | ELY142SWG00 | 12/21/2022 | 12/21/2022 | 3/27/2023 | S9480 | O | $ 3,995.00 | $ 662.02 |
| [redacted] | EKTX42PMS00 | 12/28/2022 | 12/28/2022 | 3/27/2023 | S9480 | O | $ 3,995.00 | $ 662.02 |
| [redacted] | EBY15L58X01 | 1/13/2023 | 1/13/2023 | 6/27/2023 | H0015 | O | $ 3,995.00 | $ 664.92 |
| [redacted] | EWFC34ZBG00 | 1/20/2023 | 1/20/2023 | 6/16/2023 | S9480 | I | $ 3,995.00 | $ 664.92 |
| [redacted] | EVAC31XJ600 | 1/24/2023 | 1/24/2023 | 6/16/2023 | S9480 | O | $ 3,995.00 | $ 664.92 |
| [redacted] | PJY16D1RT00 | 1/24/2023 | 1/24/2023 | 4/28/2023 | H0015 | O | $ 3,995.00 | $ 664.92 |
| [redacted] | EV3634SBL00 | 1/25/2023 | 1/25/2023 | 4/27/2023 | S9480 | I | $ 3,995.00 | $ 664.92 |
| [redacted] | P1JM4WQ2H01 | 1/30/2023 | 1/30/2023 | 6/30/2023 | H0015 | O | $ 3,995.00 | $ 664.92 |
| [redacted] | EXTX3YMKK00 | 12/5/2022 | 12/5/2022 | 4/21/2023 | S9480 | I | $ 3,995.00 | $ 945.74 |
| [redacted] | ENY15G14H00 | 12/6/2022 | 12/6/2022 | 4/21/2023 | S9480 | I | $ 3,995.00 | $ 945.74 |
| [redacted] | EXJM3YMJ701 | 12/7/2022 | 12/7/2022 | 4/21/2023 | S9480 | O | $ 3,995.00 | $ 945.74 |
| [redacted] | E9JC3P9D600 | 12/9/2022 | 12/9/2022 | 4/24/2023 | S9480 | O | $ 3,995.00 | $ 945.74 |
| [redacted] | EXTX3G7YM00 | 12/13/2022 | 12/13/2022 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 945.74 |
| [redacted] | EMAC43KMZ00 | 12/16/2022 | 12/16/2022 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 945.74 |
| [redacted] | EZTX3G7XK00 | 12/19/2022 | 12/19/2022 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 945.74 |
| [redacted] | EM3641Q4C00 | 12/20/2022 | 12/20/2022 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 945.74 |
| [redacted] | ELFC420SM00 | 12/22/2022 | 12/22/2022 | 3/27/2023 | S9480 | O | $ 3,995.00 | $ 945.74 |
| [redacted] | E9JC3P9CG00 | 12/23/2022 | 12/23/2022 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 945.74 |
| [redacted] | ELPC4ZQDS00 | 12/27/2022 | 12/27/2022 | 6/14/2023 | S9480 | I | $ 3,995.00 | $ 945.74 |
| [redacted] | EKJM421MR00 | 12/29/2022 | 12/29/2022 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 945.74 |
| [redacted] | PG364RTMD00 | 12/30/2022 | 12/30/2022 | 6/22/2023 | S9480 | O | $ 3,995.00 | $ 945.74 |
| [redacted] | PXAC28GFJ00 | 1/3/2023 | 1/3/2023 | 6/29/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | EDY14ZQNJ00 | 1/4/2023 | 1/4/2023 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | EDPC4ZQMC00 | 1/6/2023 | 1/6/2023 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | EGAC5K90B00 | 1/9/2023 | 1/9/2023 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | EG365G9K700 | 1/10/2023 | 1/10/2023 | 4/24/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | E7TX32SPP00 | 1/16/2023 | 1/16/2023 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | EQAC5LV2F00 | 1/17/2023 | 1/17/2023 | 4/24/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | EPFC5LK2G00 | 1/18/2023 | 1/18/2023 | 4/24/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | EFY15LJ0R00 | 1/19/2023 | 1/19/2023 | 4/24/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | PTAC3ZMNV00 | 1/19/2023 | 1/19/2023 | 6/30/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | ERWZ5G79100 | 1/20/2023 | 1/20/2023 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | E3AC32QLB00 | 1/23/2023 | 1/23/2023 | 4/24/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |

Sunset Rehab LLC

| MEMBER_ID | CLAIM_ID | START_DOS | END_DOS | RECEIVED DATE | PROCEDURE CODE | PLACE OF SERVICE | BILLED AMOUNT | PAID AMOUNT |
|---|---|---|---|---|---|---|---|---|
| [redacted] | EQ365HYV200 | 1/24/2023 | 1/24/2023 | 4/24/2023 | S9480 | I | $ 3,995.00 | $ 949.89 |
| [redacted] | EPY15K80F00 | 1/25/2023 | 1/25/2023 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | EPPC5G8D800 | 1/26/2023 | 1/26/2023 | 6/14/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | PMAC5GDCT00 | 1/26/2023 | 1/26/2023 | 6/30/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | P9033NV0K00 | 1/27/2023 | 1/27/2023 | 6/30/2023 | S9480 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | PT363TV5800 | 1/30/2023 | 1/30/2023 | 4/27/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | E4Y13ZJF700 | 1/30/2023 | 1/30/2023 | 6/14/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | ESFC32M2T00 | 1/31/2023 | 1/31/2023 | 6/14/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | P6Y13X4LK00 | 1/31/2023 | 1/31/2023 | 6/30/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | P7AC3T11500 | 2/1/2023 | 2/1/2023 | 6/16/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | E3TX3ZNMD00 | 2/1/2023 | 2/1/2023 | 4/24/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | ESFC32M5700 | 2/2/2023 | 2/2/2023 | 4/24/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | ELPC5HPN200 | 2/3/2023 | 2/3/2023 | 6/14/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | P9JC3KM9K00 | 2/10/2023 | 2/10/2023 | 7/4/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | PTTX3ZC8J00 | 2/13/2023 | 2/13/2023 | 6/30/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | PBPC5B5BC00 | 2/14/2023 | 2/14/2023 | 7/5/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | PMTX5G6CK00 | 2/15/2023 | 2/15/2023 | 7/6/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | PK365JV9P00 | 2/16/2023 | 2/16/2023 | 7/4/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | P8PC3044H00 | 2/17/2023 | 2/17/2023 | 6/30/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | PSY13ZHCM00 | 2/20/2023 | 2/20/2023 | 4/27/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | PATX19GKV00 | 2/22/2023 | 2/22/2023 | 7/4/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | PFPC5HHB800 | 2/24/2023 | 2/24/2023 | 7/4/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | PMTX5G6B800 | 2/28/2023 | 2/28/2023 | 6/30/2023 | H0015 | O | $ 3,995.00 | $ 949.89 |
| [redacted] | EBPC5JGHX00 | 1/14/2023 | 1/14/2023 | 4/24/2023 | 90853 | O | $ 2,495.00 | $ 953.00 |
| [redacted] | EVJM34F8L00 | 1/23/2023 | 1/23/2023 | 4/27/2023 | S9480 | O | $ 3,995.00 | $ 1,537.55 |
| [redacted] | P4FC3WBR400 | 2/25/2023 | 2/25/2023 | 6/16/2023 | 90853 | O | $ 2,495.00 | $ 1,746.50 |
| [redacted] | P90334Q8P00 | 1/27/2023 | 1/27/2023 | 4/28/2023 | S9480 | O | $ 3,995.00 | $ 1,747.55 |
| [redacted] | PBFC5ZCXY00 | 1/26/2023 | 1/26/2023 | 4/28/2023 | S9480 | I | $ 3,995.00 | $ 1,957.55 |
| [redacted] | P8Y13VT1K00 | 1/16/2023 | 1/16/2023 | 4/27/2023 | S9480 | O | $ 3,995.00 | $ 2,474.29 |
| [redacted] | EYFC3G7Q900 | 12/12/2022 | 12/12/2022 | 3/27/2023 | S9480 | O | $ 3,995.00 | $ 2,557.64 |
| [redacted] | E9RV3P9CH00 | 12/8/2022 | 12/8/2022 | 4/24/2023 | S9480 | O | $ 3,995.00 | $ 2,796.50 |
| [redacted] | EZTX3G7QC00 | 12/26/2022 | 12/26/2022 | 3/27/2023 | S9480 | O | $ 3,995.00 | $ 2,796.50 |
| [redacted] | P1AC334RD00 | 1/18/2023 | 1/18/2023 | 6/16/2023 | S9480 | O | $ 3,995.00 | $ 2,796.50 |
| [redacted] | P7TX3X30J00 | 2/3/2023 | 2/3/2023 | 4/27/2023 | H0015 | O | $ 3,995.00 | $ 2,796.50 |
| [redacted] | P9AC3N0DC00 | 2/6/2023 | 2/6/2023 | 4/27/2023 | H0015 | O | $ 3,995.00 | $ 2,796.50 |
| [redacted] | PFPC5FZSS00 | 2/8/2023 | 2/8/2023 | 4/27/2023 | H0015 | O | $ 3,995.00 | $ 2,796.50 |
| [redacted] | ENFC6Z7S201 | 2/21/2023 | 2/21/2023 | 8/14/2023 | H0015 | O | $ 3,995.00 | $ 2,796.50 |