# EXHIBIT "AA"

INQ1 ACAS ELECTRONIC WORKFLOW MANAGEMENT INQUIRY 1 ENCOUNTER C
HOSP
CLM ID E8Y1YB88C00 STAT AD RSN SRC EDI SBM CLM ID [redacted]

RCVD 06142022 SC 018 UNIT 00 PROD OA SUB ID [redacted]
RTE RSN
SUB NAME [redacted] D [redacted] DOB [redacted] MBR NWK 03837 CPCC T
SUB ADDR [redacted] GA ZIP [redacted]
PT NM [redacted] D [redacted] DOB [redacted] SEX M REL S
PT ADDR [redacted] GA ZIP [redacted] ST STAT
PT ID TTL PD PT ACCT [redacted]
ADM DT TYPE 3 HR 99 ASC 9 DSCHRG DT ST 30
HR 99 ASSIGNMENT A
ADM DX ADM DX QUAL SD BRTH WGHT 00000
DRG # 000 AMT MDCR ASGN MDCR DED TOTAL 4495.00
PCP/CAP 008888888 PVN MDCD PD
ATTEN PRV JISEUNG YOON ID [redacted]
REFR PROV ID TYPE OF BILL 133
SRV PRV GET REAL RECOVERY INC BLL PRV GET REAL RECOVERY INC
ADDR1 23412 MOULTON PARKWAY SUI REG ADDR1 30290 RANCHO VIEJO RD SUI
ADDR2 ADDR2
CITY LAGUNA HILLS ST CA ZIP 92653 CITY SAN JUAN CAPISTRA ST CA ZIP
92675
TEL PIN [redacted] 0AA TEL 000000000000 TIN [redacted]

ARCHIVE DATE 10-09-2022

F1HELP F2PROC F4UNMSK F18RETN F23SVI F24RTRV GO TO

INQ1 ACAS ELECTRONIC WORKFLOW MANAGEMENT INQUIRY 1 HOSP
CLM ID E8Y1YB88C00
LN# 001 DOS 060722-060722 SBREV REV 912 SBMT 4495.00 NOS 00000001
NV NDC # 0.000 TXS F
QUAL UN UN PROCCD DES * PROC DT PROC H003595 SL
LN# DOS SBREV REV SBMT NOS
NV NDC # TXS F
QUAL UN PROCCD DES PROC DT PROC SL
LN# DOS SBREV REV SBMT NOS
NV NDC # TXS F
QUAL UN PROCCD DES PROC DT PROC SL
LN# DOS SBREV REV SBMT NOS
NV NDC # TXS F
QUAL UN PROCCD DES PROC DT PROC SL
LN# DOS SBREV REV SBMT NOS
NV NDC # TXS F
QUAL UN PROCCD DES PROC DT PROC SL
LN# DOS SBREV REV SBMT NOS
NV NDC # TXS F
QUAL UN PROCCD DES PROC DT PROC SL

F1HELP F2PROC F5PRDS F7BKWD F8FRWD F18RETN F23SVI F24RTRV GO TO

INQ2 ACAS ELECTRONIC WORKFLOW MANAGEMENT INQUIRY 2 VER 5010
HOSP
CLM ID E8Y1YB88C00 STAT AD RSN SRC EDI SBM CLM ID [redacted]

GWRCVD DT 06142022 SC 018 ECI 06072022 SUB ID [redacted]

GWRCVD TM 06.10.30 SBM FL ID [redacted] SBM NM CHC1
CSA 0175070 015 00001 D CUST NAME UNITED AIRLINES VNDR RJCT HRP LOB
ACC: DATE HOUR 99 STATE CAUSE TYPE QL
REFR PROV ADDR CITY ST ZIP
REFR PV PHONE# PT PAID ROI Y DX PROC MTHD DCS

MDCD SERV PIN ORIG SUB ID [redacted]
MDCD SERV TIN GW SUB ID [redacted]
OCCUR / DATE VALUE / AMOUNT COND CUMB ID [redacted]
ORIG BILL PROV ID
[redacted]

BILL NPI [redacted]
SERV NPI
FAC NPI
TAX CD 324500000X
ORGCLM
OS CD1 OS DT1 OS CD2 OS DT2
RMKS

BAL DUE EDI ATT RFI BASE MED PROD ID 00000201587
SPLIT CLAIM IND N PMI ID BNFT PROD ID 00000201587

F1HELP F2PROC F4UMSK F7BKWD F8FRWD F18RETN F23SVI F24RTRV GO TO

INQ3 ACAS ELECTRONIC WORKFLOW MANAGEMENT INQUIRY 3 VER 5010
HOSP
CLM ID E8Y1YB88C00 STAT AD RSN SRC EDI SBM CLM ID [redacted]

PT NAME [redacted] [redacted] [redacted] PT ID# AM N CAT BH
AUTH# 885 482 121 0000000 URG RDT SSC DT OF DEATH
EMPLYR NAME UNITED AIRLINES PAYOR NAME/ID
COB N OTHER PLAN OTH INSURED
OTH POLICY# OTH EMPLYR
OTH BDATE ATTACH EXTRNS IND DISA ST END
BILL TYPE CONTRACT TYPE COPAY AMT PROMPT PAY ST CA
ST BASIS CD RES ST CONT ST
TPO ALLOW AMT DRG RATE
TPO SVNGS APPRVD DAYS DRG # ID CD
TPO PRCDR QUAL CD PRCDR CD
TPO PRC METH CD REF # REJ CD REV CD
TPO RMKS

F1HELP F2PROC F18RETN F23SVI F24RTRV GO TO

INQ4 ACAS ELECTRONIC WORKFLOW MANAGEMENT INQUIRY 4 HOSP
CLM ID E8Y1YB88C00 STAT AD RSN SRC EDI SBM CLM ID [redacted]
C\UC C C\UC DT 06142022 PROMPT PAY ST CA LCI ERISA 2022-07-09
ADJ SYS EDITS: FED
COB N REMIT N OVR N M\ENC N REFERRAL N PEND N TIME FILE N

****************************************************************************
CLM LEVEL:

****************************************************************************
DTL LEVEL:

I060 CLEAN CLAIM
F1HELP F2PROC F7BKWD F9FRWD F10LFT F11RGHT F18RETN F23SVI F24RTRV GO TO

INQ6 ACAS ELECTRONIC WORKFLOW MANAGEMENT INQUIRY 6 HOSP
CLM ID E8Y1YB88C00 ICDVERCD ICD10
QUAL CODE POA DESC SD QUAL CODE POA DESC SD
DX1 ABK F1020 ALCOHOL DEPENDE DX2
DX3 DX4
DX5 DX6
DX7 DX8
DX9 DX10
DX11 DX12
QU PROC DT QU PROC DT
QU PROC DT QU PROC DT
QU PROC DT QU PROC DT

F1HELP F2PROC F18RETN F23SVI F24RTRV GO TO

# Explanation Of Benefits

aetna

P.O. BOX 14079
LEXINGTON KY 40512-4079
USA

*Please Retain for Future Reference*

**Printed:** 07/12/2022
**Page:** 6 of 11

**Payment Address:**
GET REAL RECOVERY INC.
28334 PASEO MICHELLE
SAN JUAN CAPO CA 92675-5523

*GET REAL RECOVERY*
**PIN:** [redacted]
**TIN:**
**Trace Number:** 822193000065122
**Trace Amount:** $14,897.40

## Patient Name: J[redacted] S[redacted] (son)

**For Questions Regarding This Claim** P.O. BOX 14079 LEXINGTON, KY 40512-4079
**CALL (888) 632-3862** FOR ASSISTANCE
*Note: All Inquiries should reference the ID number above for prompt response.*

Total Patient Responsibility: $3,430.90
Claim Payment: $1,064.10

## Patient Name: J[redacted] [redacted] S[redacted] (son)

Claim ID: **E8Y1YB88C00** Recd: **06/14/22** Member ID: [redacted] Patient Account: [redacted]
Member: **D**[redacted] [redacted] **S**[redacted] DIAG: **F10.20**
Group Name: **UNITED AIRLINES** Group Number: [redacted] **D P1.%R6**
Product: **Aetna HealthFund® Aetna Choice® POS II** Network ID: **00000**
**Aetna Life Insurance Company** Network Status: **Out-of-Network**

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/22 | 22 | 912 | 1.0 | 4,495.00 | | | 3,430.90 | 1<br>2 | | | 3,430.90 | 1,064.10 |
| **TOTALS** | | | | **4,495.00** | | | **3,430.90** | | | | **3,430.90** | **1,064.10** |

**ISSUED AMT: $1,064.10**

**Remarks:**

1 - *The member's plan provides benefits for covered expenses at what we find to be a recognized or reasonable charge. The reasonable charge determination on the claim resulted in a reduction in payment and was calculated based on one of the following:*

*- Cost information submitted by hospitals to the Center for Medicare and Medicaid services, plus mark-up*
*- Fair Health %tile elected by Member's Plan or required by state regulations*

*The reduced amount may appear on one or more claim lines until the total reduction amount is achieved. Contact us at 1-877-252-4600 for questions regarding the reasonable charge determination. [V90]*

2 - *[ON6]*

**For Questions Regarding This Claim** P.O. BOX 14079 LEXINGTON, KY 40512-4079
**CALL (888) 632-3862** FOR ASSISTANCE
*Note: All Inquiries should reference the ID number above for prompt response.*

Total Patient Responsibility: $3,430.90
Claim Payment: $1,064.10

[redacted]