# EXHIBIT "BB"

| Unrelated Dependent Group No. | MEMBER ID | PATIENT FIRST NAME INITIAL | PATIENT LAST NAME INITIAL | PAID AMOUNT |
|---|---|---|---|---|
| 1 | [redacted] | A | K | $366,246 |
| 1 | [redacted] | M | L | $773,906 |
| | | | | |
| 2 | [redacted] | A | A | $734,297 |
| 2 | [redacted] | T | W | $58,306 |
| | | | | |
| 3 | [redacted] | J | A | $917,773 |
| 3 | [redacted] | K | K | $1,075,393 |
| | | | | |
| 4 | [redacted] | F | M | $1,066,187 |
| 4 | [redacted] | N | A | $1,123,501 |
| | | | | |
| 5 | [redacted] | E | B | $53,130 |
| 5 | [redacted] | N | D | $795,880 |
| | | | | |
| 6 | [redacted] | G | J | $1,014,596 |
| 6 | [redacted] | M | M | $929,652 |
| | | | | |
| 7 | [redacted] | B | B | $164,881 |
| 7 | [redacted] | B | M | $122,087 |
| | | | | |
| 8 | [redacted] | C | R | $669,680 |
| 8 | [redacted] | J | M | $669,809 |
| | | | | |
| 9 | [redacted] | R | M | $496,959 |
| 9 | [redacted] | T | C | $295,590 |
| | | | | |
| 10 | [redacted] | J | M | $762,099 |
| 10 | [redacted] | R | W | $650,080 |
| | | | | |
| 11 | [redacted] | B | P | $393,939 |
| 11 | [redacted] | C | R | $70,932 |
| | | | | |
| 12 | [redacted] | J | W | $247,430 |
| 12 | [redacted] | K | H | $3,258 |

| Unrelated Dependent Group No. | MEMBER ID | PATIENT FIRST NAME INITIAL | PATIENT LAST NAME INITIAL | PAID AMOUNT |
|---|---|---|---|---|
| | | | | |
| 13 | [redacted] | A | H | $92,400 |
| 13 | [redacted] | M | C | $283,978 |
| | | | | |
| 14 | [redacted] | F | W | $668,451 |
| 14 | [redacted] | N | E | $216,053 |
| | | | | |
| 15 | [redacted] | J | T | $587,910 |
| 15 | [redacted] | T | C | $235,662 |
| | | | | |
| 16 | [redacted] | J | B | $489,966 |
| 16 | [redacted] | Z | M | $478,165 |
| | | | | |
| 17 | [redacted] | J | M | $467,015 |
| 17 | [redacted] | M | R | $329,721 |
| | | | | |
| 18 | [redacted] | H | Z | $434,164 |
| 18 | [redacted] | T | P | $94,550 |
| | | | | |
| 19 | [redacted] | J | C | $372,310 |
| 19 | [redacted] | J | T | $373,821 |
| | | | | |
| 20 | [redacted] | A | G | $479,366 |
| 20 | [redacted] | S | J | $426,630 |
| | | | | |
| 21 | [redacted] | D | P | $410,573 |
| 21 | [redacted] | K | K | $383,916 |
| | | | | |
| 22 | [redacted] | A | V | $424,118 |
| 22 | [redacted] | N | T | $150,871 |
| | | | | |
| 23 | [redacted] | A | S | $46,500 |
| 23 | [redacted] | A | P | $39,320 |
| | | | | |
| 24 | [redacted] | G | S | $75,471 |
| 24 | [redacted] | K | W | $69,980 |
| | | | | |
| 25 | [redacted] | K | S | $156,515 |
| 25 | [redacted] | M | K | $228,006 |

| Unrelated Dependent Group No. | MEMBER ID | PATIENT FIRST NAME INITIAL | PATIENT LAST NAME INITIAL | PAID AMOUNT |
|---|---|---|---|---|
| 25 | [redacted] | R | W | $5,693 |
| 25 | [redacted] | S | T | $886,591 |
| | | | | |
| 26 | [redacted] | A | F | $340,631 |
| 26 | [redacted] | M | G | $354,950 |
| | | | | |
| 27 | [redacted] | D | R | $377,323 |
| 27 | [redacted] | E | S | $377,415 |
| | | | | |
| 28 | [redacted] | B | M | $268,193 |
| 28 | [redacted] | S | H | $12,070 |
| | | | | |
| 29 | [redacted] | K | S | $108,586 |
| 29 | [redacted] | T | K | $1,347 |
| | | | | |
| 30 | [redacted] | E | W | $144,631 |
| 30 | [redacted] | R | S | $144,631 |
| | | | | |
| 31 | [redacted] | B | S | $2,920 |
| 31 | [redacted] | K | C | $32,102 |
| | | | | |
| 32 | [redacted] | K | W | $32,844 |
| 32 | [redacted] | N | C | $32,390 |