Marc S. Williams (Bar No. 198913)
Email: mwilliams@cohen-williams.com
Reuven L. Cohen (Bar. No 231915)
Email: rcohen@cohen-williams.com
Kathleen M. Erskine (Bar No. 223218)
Email: kerskine@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendants and Counterclaimants
Nathan Young, David Young, Get Real Recovery, Inc., Healing Path Detox LLC, Ocean Valley Behavioral Health, LLC, Rodeo Recovery LLC, Sunset Rehab LLC, Natural Rest House, Inc., 55 Silver LLC, 9 Silver LLC, Helping Hands Rehabilitation Clinic Inc., and Joser Forever LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, AETNA HEALTH OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATHAN SAMUEL YOUNG a/k/a PABLO LOPEZ; DAVID YOUNG a/k/a SANCHO LOPEZ; JOSE RICARDO TOSCANO MALDONADO; ALI BEHESHTI; MARC ADLER; ANI MIRZAVAN; ZEALIE LLC; HELPING HANDS REHABILITATION CLINIC INC; JOSER FOREVER LLC; GET REAL RECOVERY LLC; REVIVE PREMIER TREATMENT CENTER, INC.; HEALING PATH DETOX LLC; OCEAN VALLEY BEHAVIORAL HEALTH, LLC; RODEO RECOVERY LLC; SUNSET REHAB LLC; NATURAL REST HOUSE, INC; 55 SILVER LLC; 9 SILVER LLC; JOHN | Case No. 2:23-cv-09654-MCS-JPR <br><br> **DECLARATION OF MARC S. WILLIAMS IN SUPPORT OF COUNTERCLAIMANTS GET REAL RECOVERY INC., HEALING PATH DETOX LLC, OCEAN VALLEY BEHAVIORAL HEALTH LLC, SUNSET REHAB LLC, HELPING HANDS REHABILITATION CLINIC INC., AND JOSER FOREVER LLC'S OPPOSITION TO AETNA LIFE INSURANCE COMPANY, AETNA HEALTH OF CALIFORNIA INC., AND DAVID ERICKSON'S MOTION TO DISMISS THE COUNTERCLAIMS** <br><br> *Filed concurrently with Counterclaimants' Opposition* <br><br> Judge: Honorable Mark C. Scarsi <br> Hearing Date: March 3, 2025 <br> Time: 9:00 a.m. |

| | |
|---|---|
| DOES 1 THROUGH 50; AND ABC CORPS. 1-50,<br><br>              Defendants.<br><br>GET REAL RECOVERY LLC; HEALING PATH DETOX LLC; OCEAN VALLEY BEHAVIORAL HEALTH, LLC; SUNSET REHAB LLC; HELPING HANDS REHABILITATION CLINIC, INC.; AND JOSER FOREVER LLC,<br><br>              Counterclaimants.<br><br>      v.<br><br>AETNA LIFE INSURANCE COMPANY; AETNA HEALTH OF CALIFORNIA, INC.; DAVID ERICKSON; ROES 1-10,<br><br>              Counterdefendants. | Place: First Street Courthouse,<br>       Courtroom 7C<br>Complaint Filed: November 14, 2023<br>Trial Date: May 5, 2026 |

# DECLARATION OF MARC S. WILLIAMS

I, Marc S. Williams, declare as follows:

1. I am over the age of eighteen and am an attorney duly licensed to practice law in the State of California. I am a partner with Cohen Williams LLP and attorney of record for Counterclaimants Get Real Recovery, Inc., Healing Path Detox LLC, Ocean Valley Behavioral Health, LLC, Sunset Rehab LLC, Helping Hands Rehabilitation Clinic Inc., and Joser Forever LLC (collectively, "Providers") in this action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify regarding those matters.

2. I make this Declaration in support of Providers' Opposition to Aetna Life Insurance Company, Aetna Health of California Inc., and David Erickson's (collectively "Aetna") Motion to Dismiss the Counterclaims.

3. On January 9, 2025, I emailed counsel for Aetna pursuant to ongoing meet and confer efforts and voluntarily provided to Aetna two representative Assignment of Benefits forms applicable to unpaid insurance claims that are the subject of the Counterclaims. I also requested that Aetna share plan documents implicated by the claims in Aetna's First Amended Complaint. I attach a true and correct copy of this email thread as **Exhibit A.**

4. On January 10, 2025, counsel for Aetna responded to my email without addressing my request for plan documents. I attach a true and correct copy of this response as **Exhibit B**.

5. On the same date, my colleague Yusuf Saei confirmed for Aetna that the assignments we provided were signed by patients listed in our counterclaim exhibits, and asked Aetna to provide its response to our requests for plan documents. I attach a true and correct copy of this response as **Exhibit C**.

6. Aetna never responded to my request that it share plan documents and instead filed its Motion to Dismiss the Counterclaims, which attached and selectively

1  disclosed to Providers for the first time a Summary Plan Description for an Amazon plan.
2  ECF 86-6.
3    7.    Aetna did not attach other plan documents, such as the Evidence of
4  Coverage ("EOC"), which would typically include the rates at which Aetna is required to
5  reimburse out-of-network providers under the plan.
6    8.    On January 28, 2025, concurrently with Providers' initial disclosures,
7  Providers sent Aetna's counsel an email attaching more than 160 additional Assignment
8  of Benefits forms for the enrollees that are the subject of the Counterclaims. I attach a
9  true and correct copy of this email thread (without the attached Assignment of Benefits
10  themselves) as **Exhibit D.**
11    9.    In the January 28, 2025 email, Providers requested again that Aetna disclose
12  "plan documents" for the enrollees who had completed Assignment of Benefit forms,
13  "including documents sufficient to ascertain the plan type (e.g. employer sponsored), the
14  extent of MH/SUD treatment coverage at all levels of care, and corresponding
15  reimbursement rates for out-of-contract providers (e.g. 125% of medicare)." *Id.*
16    10.    On January 31, 2025, Providers again requested if Aetna would provide plan
17  documents as requested. *Id.*
18    11.    Aetna did not respond until February 3, 2025, at which time it refused to
19  provide plan documents without an official discovery request, notwithstanding its initial
20  disclosure obligations. *Id.*
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

4
DECLARATION OF MARC S. WILLIAMS ISO OPPOSITION TO MOTION TO DISMISS THE COUNTERCLAIMS

12. On February 3, 2025, Providers propounded Requests for Production focused on obtaining plan documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of February, 2025, at Los Angeles, California.

*/s/ Marc S. Williams*
Marc S. Williams