**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, AETNA HEALTH OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br>v.<br><br>NATHAN SAMUEL YOUNG, et al.<br><br>Defendants. | Case No. 2:23-cv-09654-MCS-SK<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO VACATE COURT DATES AND STAY ALL DEADLINES BASED ON SETTLEMENT**<br><br>Hon. Mark C. Scarsi |

Upon consideration of the Parties' Joint Stipulation to Vacate Court Dates and Stay All Deadlines Based on Settlement, it is hereby ORDERED that the Stipulation is GRANTED as follows:

1. All dates and deadlines set forth in the Schedule of Pretrial and Trial Dates are vacated.

2. This entire case is stayed pending finalization of the Parties' settlement.

3. No later than April 15, 2026, the Parties shall submit either (a) a joint status report regarding consummation of settlement; or (b) a dismissal of the action.

**IT IS SO ORDERED.**

DATED: ___________________ ______________________________________

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE