Marc S. Williams (Bar No. 198913)
Email: mwilliams@cohen-williams.com
Reuven L. Cohen (Bar. No 231915)
Email: rcohen@cohen-williams.com
Kathleen M. Erskine (Bar No. 223218)
Email: kerskine@cohen-williams.com
Roya S. Ladan (Bar No. 287161)
Email: rladan@cohen-williams.com
Joseph (Yusuf) Saei (Bar No. 321341)
Email: ysaei@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendants Nathan Young, David Young, Get Real Recovery LLC, Healing Path Detox LLC, Ocean Valley Behavioral Health, LLC, Rodeo Recovery LLC, Sunset Rehab LLC, Natural Rest House, Inc., Helping Hands Rehabilitation Clinic Inc., Joser Forever LLC, 9 Silver LLC, and 55 Silver LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, AETNA HEALTH OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATHAN SAMUEL YOUNG a/k/a PABLO LOPEZ, et al., <br><br> Defendants. | Case No. 2:23-cv-09654-MCS (SKx) <br><br> **STIPULATION TO DISMISS ACTION WITH PREJUDICE** <br><br> *Filed concurrently with [Proposed] Order* <br><br> Judge:   Honorable Mark C. Scarsi |

STIPULATION TO DISMISS ACTION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the Court's March 26, 2026 Order Dismissing the Action without prejudice (ECF 176), Plaintiffs Aetna Life Insurance Company and Aetna Health of California, Inc., Defendants Nathan Young, David Young, Get Real Recovery LLC, Healing Path Detox LLC, Ocean Valley Behavioral Health, LLC, Rodeo Recovery LLC, Sunset Rehab LLC, Natural Rest House, Inc., Helping Hands Rehabilitation Clinic Inc., Joser Forever LLC, 9 Silver LLC, and 55 Silver LLC, and Defendants Marc Adler and Jose Toscano Maldonado HEREBY AGREE AND STIPULATE as follows:

1) This action, including all claims and counterclaims by all Parties, shall be dismissed with prejudice.

2) Each Party shall bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated:  April 16, 2026                    **COHEN WILLIAMS LLP**

By:     */s/ Marc S. Williams*
Marc S. Williams
Reuven L. Cohen
Kathleen M. Erskine
Roya S. Ladan
Joseph (Yusuf) Saei
*Attorneys for Defendants Nathan Young, David Young, Get Real Recovery LLC, Healing Path Detox LLC, Ocean Valley Behavioral Health, LLC, Rodeo Recovery LLC, Sunset Rehab LLC, Natural Rest House, Inc., Helping Hands Rehabilitation Clinic Inc., Joser Forever LLC, 9 Silver LLC, and 55 Silver LLC*

STIPULATION TO DISMISS ACTION WITH PREJUDICE

Dated:  April 16, 2026

**STRADLEY RONON STEVENS & YOUNG, LLP**

By:  _____ */s/ Benjamin H. McCoy*
Benjamin H. McCoy (*pro hac vice*)
Jordann R. Conaboy (*pro hac vice*)
David D. Piper
*Attorneys for Plaintiffs Aetna Life Insurance Company and Aetna Health of California, Inc.*

Dated:  April 16, 2026

**LIANG LY LLP**

By:  _____ */s/ John K. Ly*
John K. Ly
Jason Liang
Jennifer L. Chor
*Attorneys for Defendant Marc Adler and Jose Toscano Maldonado*

STIPULATION TO DISMISS ACTION WITH PREJUDICE

## **FILER'S ATTESTATION OF CONCURRENCE**

I, Marc S. Williams, attest that I am counsel for Defendants Nathan Young, David Young, Get Real Recovery LLC, Healing Path Detox LLC, Ocean Valley Behavioral Health, LLC, Rodeo Recovery LLC, Sunset Rehab LLC, Natural Rest House, Inc., Helping Hands Rehabilitation Clinic Inc., Joser Forever LLC, 9 Silver LLC, and 55 Silver LLC. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: April 16, 2026

*/s/ Marc S. Williams*
Marc S. Williams

COHEN WILLIAMS LLP

4

STIPULATION TO DISMISS ACTION WITH PREJUDICE