Marc S. Williams (Bar No. 198913)
Email: mwilliams@cohen-williams.com
Reuven L. Cohen (Bar. No 231915)
Email: rcohen@cohen-williams.com
Kathleen M. Erskine (Bar No. 223218)
Email: kerskine@cohen-williams.com
Roya S. Ladan (Bar No. 287161)
Email: rladan@cohen-williams.com
Joseph (Yusuf) Saei (Bar No. 321341)
Email: ysaei@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendants Nathan Young, David Young, Get Real Recovery LLC, Healing Path Detox LLC, Ocean Valley Behavioral Health, LLC, Rodeo Recovery LLC, Sunset Rehab LLC, Natural Rest House, Inc., Helping Hands Rehabilitation Clinic Inc., Joser Forever LLC, 9 Silver LLC, and 55 Silver LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, AETNA HEALTH OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATHAN SAMUEL YOUNG a/k/a PABLO LOPEZ, et al., <br><br> Defendants. | Case No. 2:23-cv-09654-MCS (SKx) <br><br> **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> *Filed concurrently with Stipulation for Dismissal of Action With Prejudice* <br><br> Judge:   Honorable Mark C. Scarsi |

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

COHEN WILLIAMS LLP

Pursuant to the Stipulation submitted by counsel on behalf of Plaintiffs Aetna Life Insurance Company and Aetna Health of California, Inc., Defendants Nathan Young, David Young, Get Real Recovery LLC, Healing Path Detox LLC, Ocean Valley Behavioral Health, LLC, Rodeo Recovery LLC, Sunset Rehab LLC, Natural Rest House, Inc., Helping Hands Rehabilitation Clinic Inc., Joser Forever LLC, 9 Silver LLC, and 55 Silver LLC, and Defendants Marc Adler and Jose Toscano Maldonado; and good cause appearing therefore:

IT IS ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this action is DISMISSED WITH PREJUDICE.  Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____

Honorable Mark C. Scarsi
United States District Judge

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE